**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND, Debtor | Case No. 24-13093-PMM |
| JASON SCOTT JORDAN, Plaintiff, | Chapter 7 |
| v. | |
| ALAN CHRISTOPHER REDMOND, Defendant. | Adv. Proc. No. 25-00254-PMM |

**CERTIFICATE OF SERVICE**

I, Valeria Amato, Paralegal, hereby certify that on Tuesday, January 6, 2026, I served or caused to be served true and correct copies of the Complaint Objecting to Discharge (Doc. No. 1) and Summons in an Adversary Proceeding (Doc. No. 2) upon all counsel of record alerted by the ECF system and on the individuals listed below via first-class USPS mail, postage prepaid.

Alan Christopher Redmond
2 High Road
Wyomissing, PA 19610

Lynn E. Feldman, Chapter 7 Trustee
2310 Walbert Avenue, Suite 103
Allentown, PA 18104

United States Trustee
c/o Rachel Wolf, Esquire
Samantha Lieb, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102

Under penalty of perjury, I declare that the foregoing is true and correct.

DATE: January 6, 2026

By: _Valeria Amato_____
Valeria Amato
*Paralegal*