**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND, Debtor | Case No. 24-13093-PMM |
| JASON SCOTT JORDAN, Plaintiff, | Chapter 7 |
| v. | |
| ALAN CHRISTOPHER REDMOND, Defendant. | Adv. Proc. No. 25-00254-PMM |

**JOINT STATEMENT DECLINING COURT-ANNEXED MEDIATION**

Pursuant to the Pretrial Order filed in the instant adversary proceeding at *Document No. 5*, the parties, Jason Scott Jordan, through his undersigned Counsel, and Alan Christopher Redmond, *pro se*, hereby file this Joint Statement declining court-annexed mediation and aver as follows:

1. The parties understand that they are free to withhold consent to participate in the court's mediation program.

2. The Complaint in this proceeding relates to an objection to discharge under 11 U.S.C. § 727, which is not suitable for resolution by mediation.

3. The parties are unable to agree to the court-annexed mediation program or any alternative dispute resolution programs.

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

Dated:   3/31/26                By:   /s/ Joel A. Ready
Joel A. Ready, Esquire
PA Attorney I.D. # 321966
8500 Allentown Pike, Suite 3
Blandon, PA 19510
(610) 926-7875

Dated: _____     By:  /s/ Alan Redmond
                                Alan Christopher Redmond, *pro se*
                                2 High Road
                                Wyomissing, PA 19610