**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Case No. 24-13093-PMM <br><br> Chapter 7 |

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND, Debtor <br><br> JASON SCOTT JORDAN, Plaintiff, <br><br> v. <br><br> ALAN CHRISTOPHER REDMOND, Defendant. | Case No. 24-13093-PMM <br><br> Chapter 7 <br><br> Adv. Proc. No. 25-0254 (PMM) |

**NOTICE OF JASON SCOTT JORDAN'S MOTION TO HOLD SHANNON
KROEMMELBEIN IN CONTEMPT AND FOR OTHE RRELIEF**

1.      NOTICE IS HEREBY GIVEN to Shannon Kroemmelbein by and through her counsel Walter Weir, Jr., Esquire, and to the Debtor, Trustee Lynn Feldman, the U.S. Trustee, their attorneys, and to other interested parties that, on **May 19, 2026** at 11:00 a.m., in Courtroom 4th Floor, United States Bankruptcy Court, Reading Office, 201 Penn Street, Suite 103, Reading, PA 19601, Jason Scott Jordan in the above-captioned matter will apply to this Court for an Order, finding and holding Shannon Kroemmelbein in contempt of court, to sanction her and to compel her to produce documents and corrected responses, and to reduce such sanctions to judgment, and to stay pretrial deadlines in Adv. Proc. No. 25-0254.

2.      **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

1

3.     This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon undersigned counsel at the address set forth above before the above hearing and appear at the hearing on this Motion.

4.     You may contact the Bankruptcy Clerk's office to obtain a copy of an approved court form for use in preparing your response, or you may prepare your response using the format required by Local Bankruptcy Rule 1002-1.

5.     If you fail to fail to file a response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

Dated: May 5, 2026             By:     /s/ Joel A. Ready
                                       Joel A. Ready, Esquire
                                       PA Attorney I.D. # 321966
                                       8500 Allentown Pike, Suite 3
                                       Blandon, PA 19510
                                       (610) 926-7875

2