**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND, Debtor | Case No. 24-13093-PMM |
| JASON SCOTT JORDAN, Plaintiff, | Chapter 7 |
| v. | |
| ALAN CHRISTOPHER REDMOND, Defendant. | Adv. Proc. No. 25-0254 (PMM) |

**JASON SCOTT JORDAN'S PRETRIAL DISCLOSURES**

**Introduction.**

Pursuant to Federal Rule of Civil Procedure 26(a)(2)-(3) and the Court's Pretrial Order [ECF No. 5], Jason Scott Jordan ("Jordan") makes the following pretrial disclosures to Alan Christopher Redmond in the above-referenced adversary proceeding. Jordan reserves the right to amend this document, first, if the Court grants the pending request to stay discovery and pretrial deadlines [ECF No. 8]. Secondly, continuing investigation and discovery may cause Jordan to revise, correct, supplement or clarify these disclosures, including by identifying other potential witnesses, documents and by disclosing other pertinent information. Jordan therefore reserves the right to supplement these disclosures.

By providing these disclosures, Jordan does not represent that this is identifying every document, tangible thing or witness possibly relevant to this action. In addition, these disclosures are made without Jordan in any way waiving the right to object to any discovery request or proceeding involving or relating to the subject matter of these disclosures on any grounds, including competency, privilege, relevancy and materiality, hearsay, undue burden,

1

confidentiality, or any other appropriate grounds. Furthermore, these disclosures are not an admission by Jordan regarding any matter.

Each and every disclosure set forth below is subject to the above qualifications and limitations.

### Definitions.

"Main Case" means the involuntary Chapter 7 proceeding in the Court at Docket No. 24-13093.

### Disclosures.

1. **Witnesses.**

The following are witnesses in this proceeding:

(A)   **Individuals**.

George Bochetto, Esquire
Bochetto & Lentz, P.C.
1524 Locust St.
Philadelphia, PA 19102

Katherine Downing, Esquire
918 Morgantown Rd.
Reading, PA 19607

Tonya Hatmaker
By and through Seguro Medico, LLC

David Heim, Esquire
Bochetto & Lentz, P.C.
1524 Locust St.
Philadelphia, PA 19102

Shannon Kroemmelbein
2 High Rd., Wyomissing, PA 19610

Stephanie F. Miller
485 Knorr Road, Gettysburg, PA 17325

Alan Christopher Redmond
2 High Rd., Wyomissing, PA 19610

William R. A. Rush, Esquire
38 N. 6th St.
Reading, PA 19606

John Sardella
C. Malcom Smith & Company, P.C.
3020 Penn Ave.
Reading, PA 19609

C. Malcolm Smith, III
2120 Bressler Dr.
Wyomissing, PA 19610

Norman M. Valz, Esquire
441 Irvington Rd.
Drexel Hill, PA 19026

Arthur W. Walsh, Jr.
2400 Lincoln Ave.
Reading, PA 19609

Walter Weir, Esquire
Weir LLP
The Widener Building, 5th Floor
1339 Chestnut St.
Philadelphia, PA 19107

### (B)    Registered Agents.

A. Registered Agent, Inc.
8 The Green, Suite A
Dover, DE 19901

The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

Harvard Business Services, Inc.
16192 Coastal Highway
Lewes, DE 19958

Northwest Registered Agent, LLC
7901 4th St. N, Suite 300
St. Petersburg, FL 33702

Paracorp Incorporated
2804 Gateway Oaks Dr.
Sacramento, CA 95833

**(C)     Other Legal Entities (through Representatives).**

The following are in addition to those identified by Redmond on his Schedules in the

Main Case, inclusive of putative creditors, which are incorporated by reference.

| Name | Jurisdiction Where Formed or Domesticated (if Known) |
| --- | --- |
| ABN Network, LLC | Florida |
| Alan Redmond Charitable Foundation | Pennsylvania |
| ARC Realty, LLC | Delaware |
| ARC Realty 1, LLC | Delaware |
| Bene Market, LLC | Delaware |
| Benefits Now, LLC | Michigan |
| Benefitz Plus, LLC | |
| Digital-Bridge, LLC | Wyoming |
| Digital Bridge Network Corporation | Wyoming |
| Digital Principles Corporation | Wyoming |
| Endless Horizons, LLC | Wyoming |
| Friends of Hurst, LLC | Pennsylvania |
| Frontera, LLC | |
| The Leads House, LLC | |
| National Brokers of America, Inc. | Ohio |
| NextGen Leads, LLC | Nevada |
| Phase 1 Technology, LLC | Florida |
| Q H Quick Health | |
| Red Horizon, LLC | Wyoming |
| Seguro Medico, LLC | Delaware |
| Triquetra United, LP | Delaware |
| The Turner House of Reading, LLC | Pennsylvania |
| The Turner House of Reading 1, LLC | Delaware |
| U.S. Consolidation | Delaware |

U.S. Trifecta Limited Liability Company          Pennsylvania

**(D)     Banks, Depositories, and Lenders.**

M&T Bank

Mid Penn Bank

NP, Inc.

Wells Fargo Bank

World Business Lenders, LLC

**(E)     Additional Witnesses.**

(1)     Jordan reserves the right to call any witnesses identified in any other party's Rule 26(a)(3) disclosure.

(2)     C. Malcolm Smith & Company, P.C.
        3020 Penn Ave.,
        Reading, PA 19609

**2.   Designation of Testimony by Deposition or Examination.**

Khody R. Detwiler***
Katrine Downing*
Stephanie Miller*
Alan Christopher Redmond*
William R. A. Rush**
C. Malcolm Smith, III*
Norman Valz*

\* Rule 2004 Examination (Main Case)
\*\* Deposition, instant proceeding
\*\*\*Hearing Testimony (Main Case)

**3.   Expert Witnesses.**

Khody R. Detwiler, Forensic Document Examiner.  Mr. Detwiler's September 29, 2024 Report of

Examination, Comparison Chart Illustrations, and his Curriculum Vitae were provided to

Redmond's counsel in the Main Case. Mr. Detwiler testified before the Court in the Main Case on

October 1, 2024, and such transcript and hearing exhibits are designated as part of this disclosure. As shown in the Certificate of Service, a thumb drive containing PDF copies of Mr. Detwiler's Report, Comparison Chart Illustrations, CV, and the October 1, 2024 transcript with exhibits are hereby served by mail on Mr. Redmond a second time.

**4. Description of Documents.**

Jordan submits the following description of documents, electronically stored information or tangible things that may be offered as an exhibit at trial:

(1)     All documents provided by William R. A. Rush in response to a subpoena in the instant proceeding, Bates Nos. 000001 to 000533.

(2)     All transcripts from the Main Case, including Redmond's testimony as follows:

- September 18, 2024

- October 1, 2024

- November 22, 2024 Section 341 Examination

(3)     All documents obtained by subpoena in the Main Case which were provided to Redmond's counsel in the Main Case, including the following:

- Alan C. Redmond (Bates Nos. Debtor 2004 – 0001 to 0378)

- C. Malcolm Smith & Company, P.C. and C. Malcom Smith, III

- Katherine Downing, Esquire

- Norman M. Valz, Esquire

- Stephanie F. Miller

- Corporation Trust Company (Bates Nos. CT_0001 to CT_0029)

- Delaware Department of State (approx. 81 pages)

- Pennsylvania Department of State (approx. 39 pages)

- A Registered Agent, LLC (Jan. 22, 2025) (approx. 247 pages)

- Harvard Business Services, Inc. (approx. 46 pages)

- Northwest Registered Agent (Jan. 21, 2025) (approx. 162 pages)

- Mid Penn Bank records (relative to Redmond, Bene Market, Seguro Medico, ARC Realty LLC, Friends of Hurst, and account opening documents for Shannon Kroemmelbein and Alan C. Redmond)

(4)     From the Main Case, Jordan intends to use the Debtor's Schedules, original and amended, the monthly operating reports, and Debtor's Motion to Dismiss with exhibits, including the Tonya Hatmaker Affidavit with all attachments [ECF No. 20-1]. Jordan may introduce any pleading or paper filed in the Main Case.

(5)     Jordan intends to request judicial notice of public records under F.R.E. 201. That includes other court proceedings where Alan Christopher Redmond is a party, such as Docket No. 25-DR-00324 in the Berks County Court of Common Pleas, as well as corporate filings on file with a governmental agency, such as departments of State.

(6)     Jordan may rely on any documents identified in any other party's Rule 26(a) disclosure.

(7)     Any documents that may be produced in the instant proceeding from outstanding Civil Rule 45 subpoenas that were served on M&T Bank and Wells Fargo Bank, copies of such subpoenas were mailed to Mr. Redmond.

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

Dated: May 19, 2026          By:     /s/ Joel A. Ready
                                     Joel A. Ready, Esquire
                                     PA Attorney I.D. No. 321966
                                     8500 Allentown Pike, Suite 3
                                     Blandon, PA 19510
                                     (610) 926-7875

7