**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Case No. 24-13093-PMM<br><br>Chapter 7 |

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND, Debtor<br><br>JASON SCOTT JORDAN, Plaintiff,<br><br>v.<br><br>ALAN CHRISTOPHER REDMOND, Defendant. | Case No. 24-13093-PMM<br><br>Chapter 7<br><br>Adv. Proc. No. 25-0254 (PMM) |

**JASON SCOTT JORDAN, ETHAN SHALTER, AND
CORNERSTONE LAW FIRM, LLC'S  MOTION FOR CONTINUANCE**

Moving Creditors, Jason Scott Jordan, Ethan Shalter, and Cornerstone Law Firm, LLC, hereby move this Court for a continuance for the hearings/conference currently scheduled in the above-captioned matters on Tuesday, June 23, 2026, at 11:00 a.m. regarding the final pretrial/settlement conference (*Docket No. 25-0254, ECF No. 5*), Jason Scott Jordan's Motion to Hold Shannon Kroemmelbein in Contempt and for Other Relief  (*Docket No. 25-0254, ECF No. 8 & Docket No. 24-13093, ECF No. 561*), and Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter's Objections to Interim Chapter 7 Trustee's Final Account and Report (*Docket No. 24-13093, ECF No. 554*). The reasoning for this request is as follows:

1. Several matters in the above-referenced dockets are scheduled to be held for hearing or conference on June 23, 2026.

2. Undersigned Counsel is scheduled to attend hearings in two separate matters on June

23, 2026, that are being held in Schuylkill County and Lancaster County.

3. Considering the travel time and duration of the proceedings at the Schuylkill and Lancaster County hearings, Undersigned Counsel will be unable to attend the hearings/conference in these instant matters on June 23, 2026.

4. There are no other attorneys from Cornerstone Law Firm available to cover any of these hearings.

WHEREFORE, based on the foregoing, the Moving Creditors request that the Court grant this motion for continuance of the hearings/conference scheduled on June 23, 2026 , and any such other relief as the Court deems necessary, just, or appropriate.

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

Dated: June 16, 2026                  By:      /s/ Joel A. Ready
                                                Joel A. Ready, Esquire
                                                PA Attorney I.D. # 321966
                                                8500 Allentown Pike, Suite 3
                                                Blandon, PA 19510
                                                (610) 926-7875

2