**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Case No. 24-13093-PMM <br><br><br> Chapter 7 |

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND, Debtor <br><br> JASON SCOTT JORDAN, Plaintiff, <br><br> v. <br><br> ALAN CHRISTOPHER REDMOND, Defendant. | Case No. 24-13093-PMM <br><br> Chapter 7 <br><br><br> Adv. Proc. No. 25-0254 (PMM) |

**PRAECIPE TO WITHDRAW DOCUMENTS**

**TO THE CLERK OF COURT:**

Kindly withdraw without prejudice the filing at the above-referenced **Docket No. 24-13093 at ECF No. 567** (Motion for Continuance), **AND** the filing at the above-referenced **Docket No. 25-00254 at ECF No. 15** (Motion for Continuance). The same Motions will be refiled under the correct event on both referenced dockets.

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

Dated: June 17, 2026      By:    /s/ Joel A. Ready

Joel A. Ready, Esquire
PA Attorney I.D. # 321966
8500 Allentown Pike, Suite 3
Blandon, PA 19510
(610) 926-7875