**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Case No. 24-13093-PMM <br><br> Chapter 7 |

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND, Debtor <br><br> JASON SCOTT JORDAN, Plaintiff, <br><br> v. <br><br> ALAN CHRISTOPHER REDMOND, Defendant. | Case No. 24-13093-PMM <br><br> Chapter 7 <br><br> Adv. Proc. No. 25-0254 (PMM) |

### ORDER

AND NOW, this 17th day of June, 2026, upon consideration of Jason Scott Jordan, Ethan Shalter, and Cornerstone Law Firm, LLC's Motion for Continuance, and any response thereto, it is hereby **ORDERED** that the hearings/conference scheduled for June 23, 2026, at 11:00 a.m. regarding the final pretrial/settlement conference (*Docket No. 25-0254, ECF No. 5*), Jason Scott Jordan's Motion to Hold Shannon Kroemmelbein in Contempt and for Other Relief (*Docket No. 25-0254, ECF No. 8 & Docket No. 24-13093, ECF No. 561*), and Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter's Objections to Interim Chapter 7 Trustee's Final Account and Report (*Docket No. 24-13093, ECF No. 554*) are continued to June 30, 2026 2026 at 11:00 a.m. in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601

DATE: 6/17/26

*Patricia M. Mayer*

_____

Hon. Patricia M. Mayer, U.S.B.J

copy to:

Alan Christopher Redmond
2005 Regency Drive
Wyomissing, PA 19610