United States Bankruptcy Court

Eastern District of Pennsylvania

Jordan,

    Plaintiff

                                                                        Adv. Proc. No. 25-00254-pmm

Redmond,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 18, 2026 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320 Philadelphia, PA 19107-4202 |
| dft | + | Alan Christopher Redmond, 2 High Road, Wyomissing, PA 19610-2500 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jun 19 2026 00:57:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026                              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOEL A. READY | on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us valeria@cornerstonelaw.us |

TOTAL: 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Case No. 24-13093-PMM <br><br> Chapter 7 |

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND, Debtor <br><br> JASON SCOTT JORDAN, Plaintiff, <br><br> v. <br><br> ALAN CHRISTOPHER REDMOND, Defendant. | Case No. 24-13093-PMM <br><br> Chapter 7 <br><br> Adv. Proc. No. 25-0254 (PMM) |

## <u>ORDER</u>

AND NOW, this 17th day of June, 2026, upon consideration of Jason Scott Jordan, Ethan Shalter, and Cornerstone Law Firm, LLC's Motion for Continuance, and any response thereto, it is hereby **ORDERED** that the hearings/conference scheduled for June 23, 2026, at 11:00 a.m. regarding the final pretrial/settlement conference (*Docket No. 25-0254, ECF No. 5*), Jason Scott Jordan's Motion to Hold Shannon Kroemmelbein in Contempt and for Other Relief (*Docket No. 25-0254, ECF No. 8 & Docket No. 24-13093, ECF No. 561*), and Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter's Objections to Interim Chapter 7 Trustee's Final Account and Report (*Docket No. 24-13093, ECF No. 554*) are continued to June 30, 2026 2026 at 11:00 a.m. in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601

DATE: 6/17/26

copy to:

    Alan Christopher Redmond
    2005 Regency Drive
    Wyomissing, PA 19610

_____
Hon. Patricia M. Mayer, U.S.B.J