IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

ALAN CHRISTOPHER REDMOND,                    Case No. 24-13093-PMM

                                             Debtor.        Chapter 7

---

JASON SCOTT JORDAN,

                                             Plaintiff,

v.                                           Adv. Proc. No. 25-0254-PMM

ALAN CHRISTOPHER REDMOND,

                                             Defendant.

---

## MOTION OF SHANNON KROEMMELBEIN FOR CONTINUANCE OF JUNE 30, 2026 HEARING

Shannon Kroemmelbein ("Ms. Kroemmelbein"), a non-party respondent, by and through her undersigned counsel, Laputka Law, hereby moves this Honorable Court for a continuance of the hearing currently scheduled for Tuesday, June 30, 2026, at 11:00 a.m. on Jason Scott Jordan's Motion to Hold Shannon Kroemmelbein in Contempt and for Other Relief (Adv. Proc. No. 25-0254, ECF No. 8; Main Case No. 24-13093, ECF No. 561), and in support thereof avers as follows:

1. On or about June 16, 2026, Moving Creditors Jason Scott Jordan, Ethan Shalter, and Cornerstone Law Firm, LLC sought and obtained a continuance of the hearings and conference previously scheduled for June 23, 2026, which this Court rescheduled to June 30, 2026, at 11:00 a.m.

2. Ms. Kroemmelbein is a non-party, non-debtor respondent named in the above-referenced Motion for Contempt.

3. Undersigned counsel was recently retained by Ms. Kroemmelbein and met with her on a preliminary basis for the first time on June 17, 2026.

4. Thereafter, on or about June 24, 2026 Ms. Kroemmelbein expressed an interest in retaining undersigned counsel to represent her in this matter.

5. On June 25, undersigned counsel left for a previously scheduled family vacation out of state and will not return to the office until Monday, July 6, 2026.

6. Given the recency of the retention, undersigned counsel has not yet had an adequate opportunity to meet substantively with Ms. Kroemmelbein, review the voluminous docket and underlying materials, or prepare and file appropriate responses to the Motion for Contempt and related matters.

7. A continuance of at least two (2) weeks is necessary and appropriate to permit undersigned counsel to meet with the client upon his return to the office on July 6, 2026, to evaluate the matter, and to prepare and file responsive pleadings.

8. This Motion is brought in good faith and not for purposes of delay. Indeed, the Moving Creditors themselves recently sought and received a continuance of these same matters due to calendar conflicts.

9. Ms. Kroemmelbein, who faces the prospect of contempt and sanctions, will be substantially prejudiced if she is required to proceed at a hearing on June 30, 2026, without the benefit of counsel having had a meaningful opportunity to prepare a defense.

10. Undersigned counsel believes no party will be prejudiced by the brief continuance requested herein.

11. Just this morning, undersigned counsel has requested the consent of counsel for the Moving Creditors to this continuance by telephone and email. As of the filing of this Motion, the Moving Creditors have not yet responded/consented to the relief requested herein. Undersigned counsel will advise the Court of the Moving Creditors' position at or before the time of hearing if/when same becomes known.

12. A proposed form of Order is attached hereto.

WHEREFORE, Shannon Kroemmelbein respectfully requests that this Honorable Court enter an Order, continuing the hearing currently scheduled for June 30, 2026, for a period of at least two (2) weeks, and granting such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

LAPUTKA LAW OFFICE, LLC

Dated: June 29, 2026       By:    /s/ Charles Laputka
Charles Laputka, Esquire
Laputka Law Office, LLC
1344 Hamilton St.
Allentown, PA 18102
610-477-0155
claputka@laputkalaw.com
Counsel for Shannon Kroemmelbein