IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

ALAN CHRISTOPHER REDMOND,                    Case No. 24-13093-PMM

                                             Debtor.        Chapter 7

---

JASON SCOTT JORDAN,

                                             Plaintiff,

v.                                           Adv. Proc. No. 25-0254-PMM

ALAN CHRISTOPHER REDMOND,

                                             Defendant.

---

## CERTIFICATE OF SERVICE

I, Charles Laputka, Esq., certify that on June 29, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Movant's Motion to Continue hearing and proposed Order.

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

                                   Laputka Law Office, LLC

Dated: June 29, 2026               /s/Charles Laputka
                                   Charles Laputka, Esq.
                                   Attorney for Debtor
                                   PAID: 91984
                                   1344 W. Hamilton St.
                                   Allentown, PA 18102
                                   610/477-0155
                                   claputka@laputkalaw.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the

next page if necessary:

Name :Joel A. Ready, Trustee
Address:
Cornerstone Law Firm, LLC
8500 Allentown Pike, Suite 3
Blandon, PA 19510
Relationship: Counsel for Jason Scott Jordan, Than Shalter


Via:   X - CM/ECF     1st Class Mail        Certified Mail          e-mail:
Other:

Name :Office of the US Trustee
Address: 833 Chestnut Street, Suite 500
Philadelphia, PA  19107
Relationship: US Trustee

Via:   CM/ECF         1st Class Mail        Certified Mail        X - e-mail:
USTPRegion03.PH.ECF@usdoj.gov
Other:

Name :Lynn E. Feldman, Trustee
Address: 2310 Walbert Ave
Ste 103
Allentown, Pa 18104
Relationship: CH 7 Trustee


Via:   X - CM/ECF     1st Class Mail        Certified Mail          e-mail:
Other:

Name: Alan Christopher Redmon
Address: 2 High Road
Wyomissing, PA 19610
Relationship:

Via:    CM/ECF        X - 1st Class Mail     Certified Mail          e-mail:
Other: