IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

ALAN CHRISTOPHER REDMOND,                   Case No. 24-13093-PMM

                                            Debtor.        Chapter 7

---

JASON SCOTT JORDAN,

                                            Plaintiff,

v.                                          Adv. Proc. No. 25-0254-PMM

ALAN CHRISTOPHER REDMOND,

                                            Defendant.

---

## ORDER

AND NOW, this __29th__ day of __June_____, 2026, upon consideration of the
Motion of Shannon Kroemmelbein for Continuance of the June 30, 2026 hearing (the "Motion"),
and any response thereto, and for good cause shown, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The hearing on Jason Scott Jordan's Motion to Hold Shannon Kroemmelbein in Contempt
   and for Other Relief (Adv. Proc. No. 25-0254, ECF No. 8; Main Case No. 24-13093, ECF
   No. 561), currently scheduled for June 30, 2026, is CONTINUED to
   _____August 4_____, 2026, at ____11:00 a .m.

3. Shannon Kroemmelbein shall file any response to the Motion for Contempt on or before
   _____July 21_____, 2026.

BY THE COURT:

_____
                        Patricia M. Mayer
                United States Bankruptcy Judge