**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | | |
| **Alan Christopher Redmond,** | | **Chapter 7** |
| | : | |
| **Debtor.** | | **Bky. No. 24-13093 (PMM)** |
| | : | |
| **Jason Scott Jordan,** | : | |
| | : | |
| **Plaintiff.** | | **Adv. No. 25-0254 (PMM)** |
| | : | |
| **v.** | | |
| | | |
| **Alan Christopher Redmond,** | | |
| | : | |
| | : | |
| **Defendant.** | | |
| | : | |

**ORDER**

    **AND NOW**, upon consideration of the hearing held on June 30, 2026, it is hereby **ordered** that:

1) A **mandatory** pretrial status hearing will be held on **Thursday, August 6, 2026 at 2:00 p.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601.

2) The Debtor Defendant **shall attend** the pretrial hearing.

3) Failure of the Debtor Defendant to attend the August 6, 2026 hearing as ordered **may result in the Plaintiff obtaining a default** with regard to the causes of action stated in the Complaint.

4) Trial of this matter will take place on **Wednesday, September 16, 2026 at 9:30 a.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601.

1.  The following procedures will govern the trial:

    a.  On or before **September 2, 2026**, any party intending to call a witness to testify shall file and serve[1] a Witness List setting forth the following:

        i.  the name and title of the witness; and

        ii.  a summary of subject matter of the anticipated testimony;

    b.  On or before **September 2, 2026**, any party intending to offer into evidence exhibits shall:

        i.  pre-mark each exhibit;

        ii.  convert *each* exhibit to a *separate* pdf;

        iii.  serve each party with each pre-marked exhibit on the exhibit list;2

        iv.  deliver the exhibit list and each exhibit to the court by e-mailing them to the Courtroom Deputy at PMM_CRD@paeb.uscourts.gov

*Patricia M. Mayer*

**Date:  6/30/26**

        **PATRICIA M. MAYER**
        **U.S. BANKRUPTCY JUDGE**

Copy to:
Alan Christopher Redmond
2005 Regency Drive
Wyomissing, PA 19610

---

[1]  It is contemplated and preferred that all service required by this Order will be accomplished by e-mail.  However, other means of service are acceptable so long as the document to be served is received within one (1) business day of service.

[2]  If an exhibit is on the docket, counsel may reference the applicable CM/ECF docket number rather than serving the exhibit itself on opposing counsel.  However, an exhibit used in connection with the testimony of a witness must be supplied to the witness at the time of testimony.