**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
**Alan Christopher Redmond,**                            Chapter 7

                                                  :

**Debtor.**                                       Bky. No. 24-13093 (PMM)

                                                  :

_____

**Jason Scott Jordan,**                           :

                                                  :

**Plaintiff.**                                    Adv. No. 25-0254 (PMM)

                                                  :

**v.**

**Alan Christopher Redmond,**

                                                  :

                                                  :

**Defendant.**

                                                  :

_____   :

### ORDER

AND NOW, upon consideration of the Defendant's Motion to strike or in the alternative compel amended disclosures (doc. #16, the "Motion");

AND for the reasons stated at the hearing held on June 30, 2026;

It is hereby **ordered** that the Motion is **denied**.

_Patricia M. Mayer_

Date:  **6/30/26**          _____
                            **PATRICIA M. MAYER**
                            **U.S. BANKRUPTCY JUDGE**

Copy to:
Alan Christopher Redmond
2005 Regency Drive
Wyomissing, PA 19610