United States Bankruptcy Court

Eastern District of Pennsylvania

Jordan,

    Plaintiff

Redmond,

    Defendant

Adv. Proc. No. 25-00254-pmm

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 29, 2026 | Form ID: pdf900 | Total Noticed: 7 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320 Philadelphia, PA 19107-4202 |
| dft | + | Alan Christopher Redmond, 2 High Road, Wyomissing, PA 19610-2500 |
| pla | + | Jason Scott Jordan, c/o Joel A. Ready, Esq., 8500 Allentown Pike, Suite 3, Blandon, PA 19510-9101 |
| NONE | + | Shannon Kroemmelbein, 2 High Road, Wyomissing, PA 19610-2500 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 30 2026 00:48:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 30 2026 00:48:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jun 30 2026 00:48:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2026                 Signature:       /s/Gustava Winters

District/off: 0313-4                     User: admin                                    Page 2 of 2

Date Rcvd: Jun 29, 2026                  Form ID: pdf900                                 Total Noticed: 7

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| CHARLES LAPUTKA | on behalf of Shannon Kroemmelbein ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| JOEL A. READY | on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us |

TOTAL: 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

ALAN CHRISTOPHER REDMOND,　　　　　　　Case No. 24-13093-PMM

　　　　　　　　　　　　　　　　　　　Debtor.　　　Chapter 7

---

JASON SCOTT JORDAN,

　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　Adv. Proc. No. 25-0254-PMM

ALAN CHRISTOPHER REDMOND,

　　　　　　　　　　　　　　　　　Defendant.

---

**ORDER**

AND NOW, this __29th__ day of __June_____, 2026, upon consideration of the Motion of Shannon Kroemmelbein for Continuance of the June 30, 2026 hearing (the "Motion"), and any response thereto, and for good cause shown, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The hearing on Jason Scott Jordan's Motion to Hold Shannon Kroemmelbein in Contempt and for Other Relief (Adv. Proc. No. 25-0254, ECF No. 8; Main Case No. 24-13093, ECF No. 561), currently scheduled for June 30, 2026, is CONTINUED to _____August 4_____, 2026, at ____11:00 a__.m.

3. Shannon Kroemmelbein shall file any response to the Motion for Contempt on or before _____July 21_____, 2026.

BY THE COURT:

_____
Patricia M. Mayer
United States Bankruptcy Judge