United States Bankruptcy Court

Eastern District of Pennsylvania

Jordan,

    Plaintiff

Redmond,

    Defendant

Adv. Proc. No. 25-00254-pmm

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 01, 2026 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320 Philadelphia, PA 19107-4202 |
| dft | + | Alan Christopher Redmond, 2 High Road, Wyomissing, PA 19610-2500 |
| | + | Alan Christopher Redmond, 2005 Regency Drive, Wyomissing, Pa 19610-2712 |
| pla | + | Jason Scott Jordan, c/o Joel A. Ready, Esq., 8500 Allentown Pike, Suite 3, Blandon, PA 19510-9101 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jul 02 2026 01:17:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | |
| | on behalf of Shannon Kroemmelbein ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |

District/off: 0313-4                              User: admin                                   Page 2 of 2
Date Rcvd: Jul 01, 2026                          Form ID: pdf900                               Total Noticed: 5

JOEL A. READY
                    on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us


TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
**Alan Christopher Redmond,**                          Chapter 7

                                       :

**Debtor.**                          Bky. No. 24-13093 (PMM)

_____       :

**Jason Scott Jordan,**                          :

                                         :

**Plaintiff.**                          Adv. No. 25-0254 (PMM)

                                         :

**v.**

**Alan Christopher Redmond,**

                                         :

                                         :

**Defendant.**

                                       :

_____:

### ORDER

**AND NOW**, upon consideration of the Defendant's Motion to strike or in the alternative compel amended disclosures (doc. #16, the "Motion");

AND for the reasons stated at the hearing held on June 30, 2026;

It is hereby **ordered** that the Motion is **denied**.

Date:  **6/30/26**                          _____
                                         **PATRICIA M. MAYER**
                                         **U.S. BANKRUPTCY JUDGE**

Copy to:
Alan Christopher Redmond
2005 Regency Drive
Wyomissing, PA 19610