**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | | |
| **Alan Christopher Redmond,** | | **Chapter 7** |
| | : | |
| **Debtor.** | | **Bky. No. 24-13093 (PMM)** |
| | : | |
| **Jason Scott Jordan,** | : | |
| | : | |
| **Plaintiff.** | | **Adv. No. 25-0254 (PMM)** |
| | : | |
| **v.** | | |
| **Alan Christopher Redmond,** | | |
| | : | |
| | : | |
| **Defendant.** | | |
| | : | |

**ORDER**

**AND NOW**, upon consideration of the Plaintiff's Motion for Contempt against Shannon Kroemmelbein (doc. #8, the "Motion");

AND a hearing with regard to the Motion having been held on August 25, 2026;

AND for the reasons stated on the record;

It is hereby **ordered** that:

1) As detailed in the Order entered on September 21, 2026, doc. #39, the Plaintiff is awarded attorney's fees from Shannon Kroemmelbein;

2) The parties may engage in discovery until November 23, 2026, on which date discovery shall re-close; and

3) In all other respects, the Motion is **denied**.

Date: 9/23/26

Patricia M. Mayer

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**