**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | | |
| **Alan Christopher Redmond,** | | **Chapter 7** |
| | : | |
| **Debtor.** | | **Bky. No. 24-13093 (PMM)** |
| | : | |
| **Jason Scott Jordan,** | : | |
| | : | |
| **Plaintiff.** | | **Adv. No. 25-0254 (PMM)** |
| | : | |
| **v.** | | |
| **Alan Christopher Redmond,** | | |
| | : | |
| | : | |
| **Defendant.** | | |
| | : | |

## ORDER

**AND NOW**, upon consideration of Non-Party Shannon Kroemmelbein's Motion to Quash or Modify Subpoenas Duces Tecum, or for a Protective Order, and for Expedited Consideration (doc. #41, the "Motion");

It is hereby **ordered** that:

1) The request for expedited consideration of the Motion is **denied**; and

2) Counsel for the movant shall notice the Motion for hearing in the ordinary course.

**Date:** **9/23/26**

Patricia M. Mayer

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**