**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | | |
| **Alan Christopher Redmond,** | : | **Chapter 7** |
| **Debtor.** | : | **Bky. No. 24-13093 (PMM)** |
| **Jason Scott Jordan,** | : | |
| **Plaintiff.** | : | **Adv. No. 25-0254 (PMM)** |
| **v.** | | |
| **Alan Christopher Redmond,** | : | |
| | : | |
| **Defendant.** | : | |

**<u>ORDER</u>**

**AND NOW**, upon consideration of Non-Party Shannon Kroemmelbein's Notice of Appearance Pro Se and Emergency Motion for Leave to Proceed Pro Se (doc. #40, the "Motion");

It is hereby **ordered** that:

1) The Motion is **denied**; and

2) Counsel for the movant shall plead for requested relief in the ordinary course.

**Date: <u>9/23/26</u>**

Patricia M. Mayer

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**